RECEIVED

JUN 10 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY:

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| TYRONE DONNELL PORTER | DOCKET NO. 1:14-CV-449; SEC. P |
| VERSUS | JUDGE STAGG |
| WARDEN | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that this petition for writ of *habeas corpus* be **DENIED AND DISMISSED** with prejudice as time-barred.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 10th day of June, 2014.

TOM STAGG
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA